BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
RILEY A. CLAYTON, ESQ.
Nevada Bar No. 5260
**CLOWARD TRIAL LAWYERS**
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Phone: (702) 605-5000
Fax:  (702) 997-5000
E-Mail: ben@thefiercefirm.com
E-Mail: riley@thefiercefirm.com
*Attorneys for Defendants LeCresha Smith, as Special Administrator of the Estate of Michael Mosley, Lecresha Smith, Individually, LeCresha Smith as parent and guardian of M.M.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff<br><br>vs.<br><br>LeCRESHA SMITH as Special Administrator of the Estate of MICHAEL MOSLEY, Deceased; and LeCRESHA SMITH, Individually and as heir to the Estate of MICHAEL MOSLEY; LeCRESHA SMITH as parent and guardian of M.M.; HAMPTON APTS., INC. d/b/a THE HAMPTON APTS.; 1st SECURITY SERVICES OF NEVADA CORP; ANZA MANAGEMENT COMPANY,<br><br>Defendants | Case No.: 2:23-CV-01058-CDS-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEFS REGARDING THE MOTIONS TO DISMISS, OR IN THE ALTERNATIVE, MOTIONS TO STAY THE DECLARATORY RELIEF ACTION**<br><br>**(First Request)** |

Pursuant to LR 7-1, LR 1A 6-1, and LR IA 6-2, Plaintiff, Mesa Underwriters Specialty Insurance Company, and the moving parties, Defendants, LeCresha Smith ("Defendant Smith") and Defendants, 1st Security Services of Nevada (Defendants 1st Security), by and through their counsel of record, hereby submit this Stipulation and Order to Extend Time To File Reply Briefs Regarding The Motions to Dismiss or Alternative Motions to Stay the Declaratory Relief Action.

This is the parties' first request and is not made for purposes of delay or otherwise unnecessarily delaying these proceedings. The filing date of the subject motions is September 18, 2023, and September 19, 2023, respectively.

The basis for this extension stems from the fact that the Nevada Justice Association convention is being held on October 3 – 5, 2023, in San Diego, California, which counsel for Defendant Smith will be attending and participating in as a "guest panelist" for one of the sessions involving Discovery in Nevada state courts. Thus, given this out-of-office engagement, there will be limited time in which to timely prepare and serve her reply brief to Plaintiff's recent Response/Opposition to the Motion to Dismiss/Stay. Based upon this scheduling conflict, the parties have agreed to an additional 10 days for both Defendants to provide Reply briefs to Plaintiffs' recent Responses/Oppositions to the Motions to Dismiss/Stay as follows:

1. Defendant Smith filed her Motion to Dismiss/Stay on September 18, 2023 (ECF 13).

2. Defendant 1st Security filed its Motion to Dismiss/Stay on December 19, 2023 (ECF 15).

3. Plaintiff filed its Response/Opposition to Defendant Smith's Motion to Dismiss/Stay on October 2, 2023. (ECF 17).

4. Plaintiff filed its Response/Opposition to Defendant 1st Security's Motion to Dismiss/Stay on October 2, 2023. (ECF 18).

5. The computer-generated date identified accompanied with the filing of Plaintiffs' Responses/Oppositions to the Motions to Dismiss indicated that the due date for filing a Reply to each of these Oppositions is October 9, 2023.

6. The parties agree that given the scheduling conflict identified above, an additional 10 days for Defendant Smith and Defendant 1st Security to prepare and file their Reply briefs is appropriate.

7. The new date for Defendant Smith and Defendant 1st Security to prepare and file their Reply briefs is now **October 19, ~~2019~~ 2023**.

8. This is the parties' first request to extend briefing for the subject Motions to Dismiss/Stay.

1  This Stipulation and Order is not made for purposes of undue delay or for some improper
2  purpose but is necessary due to the legitimate scheduling conflict identified above.

3  Dated this 3rd day of October, 2023.                    Dated this 3rd day of October, 2023.
4  CLOWARD TRIAL LAWYERS                                   WHITMIRE LAW, PLLC

6  /s/ Riley A. Clayton                                    /s/ James E. Whitmire
   RILEY A. CLAYTON, ESQ. (5260)                           JAMES E. WHITMIRE, ESQ. (6533)
7  9950 W. Cheyenne Ave.                                   10160 Park Run Dr.
   Las Vegas, Nevada 89139                                 Las Vegas, Nevada 89145
8  Attorney for Defendant Smith                            Attorney for Defendant 1st Security

10 Dated this 3rd day of October, 2023.
11 CLYDE & CO US LLP

13 /s/ Casey G. Perkins
   CASEY G. PERKINS, ESQ. (12063)
14 7251 W. Lake Mead Blvd., Suite 430
   Las Vegas, Nevada 89128
15 Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 3, 2023

3