JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@whitmirelawnv.com
WHITMIRE LAW, PLLC
10160 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorney for Defendant 1st Security Services of Nevada Corp.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff<br><br>vs.<br><br>LeCRESHA SMITH as Special Administrator of the Estate of MICHAEL MOSLEY, Deceased; and LeCRESHA SMITH, Individually and as heir to the Estate of MICHAEL MOSLEY; LeCRESHA SMITH as parent and guardian of M.M., HAMPTON APTS., INC. d/b/a THE HAMPTONS APTS.; 1st SECURITY SERVICES OF NEVADA CORP; ANZA MANAGEMENT COMPANY,<br><br>Defendants | Case No.: 2:23-cv-01058-CDS-VCF<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT 1ST SECURITY SERVICES OF NEVADA CORP. TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTIONS TO STAY THE DECLARATORY RELIEF ACTION**<br><br>**(Second Request)** |

Pursuant to LR 7-1, LR 1A 6-1, and LR IA 6-2, Plaintiff, Mesa Underwriters Specialty Insurance Company, and the moving parties, Defendants, LeCresha Smith ("Defendant Smith") and Defendants, 1st Security Services of Nevada (Defendant 1st Security), by and through their counsel of record, hereby submit this Stipulation and Order Extending the Tiem for Defendant 1st Security to File Reply Brief in Support of Motion to Dismiss or Alternative Motions to Stay the Declaratory Relief Action ("Motion"). This is the second request and is not made for purposes of delay or otherwise unnecessarily delaying these proceedings. The parties, by and through their counsel, state the following:

1. Defendant 1st Security filed its Motion on September 19, 2023. (ECF No. 15).

2. Plaintiff filed its Response to the Motion on October 2, 2023. (ECF No. 18).

3. Pursuant to LR 7-2(b), Defendants had 7 days to file a response to the Motion, or until October 9, 2023.

4. The parties agreed to a ten (10) day extension for Defendants to file a Reply to the Response to the Motion from October 9, 2023 to October 19, 2023.

5. Defendant 1st Security is seeking four (4) additional days to Reply with the new due date being **October 23, 2023.**

6. This extension is being sought for good cause and not for the purposes of delay. This takes into account counsel's workload including Defendant's counsel completing, this week, briefing in connection with a 56 day arbitration and other matters.

**IT IS SO AGREED AND STIPULATED:**

Dated this 19th day of October, 2023.

**CLOWARD TRIAL LAWYERS**

*Riley A. Clayton*
RILEY A. CLAYTON, ESQ. (5260)
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89139
*Attorney for Defendant Smith*

Dated this 19th of October, 2023.

**WHITMIRE LAW, PLLC**

*/s/ James E. Whitmire*
JAMES E. WHITMIRE, ESQ. (6533)
10160 Park Run Dr.
Las Vegas, Nevada 89145
*Attorney for Defendant 1st Security*

Dated this 19th day of October, 2023.

**CLYDE & CO US LLP**

*Casey G. Perkins*
CASEY G. PERKINS, ESQ. (12063)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, Nevada 89128
*Attorney for Plaintiff*

IT IS HEREBY ORDERED that the parties stipulation seeking an extension of time for defendant 1st Security to reply [ECF No. 23] is GRANTED, *nunc pro tunc*, to the date of the request. The deadline for defendant to reply is extended to October 23, 2023.

_____
UNITED STATES DISTRICT JUDGE

DATED:   October 20, 2023