Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Casey G. Perkins (NV Bar No. 12063)
casey.perkins@clydeco.us
CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128
Telephone: 725-248-2900
Facsimile: 725-248-2907

*Attorneys for ~~Defendant~~ Mesa Underwriters Specialty Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>LECRESHA SMITH, et al.,<br><br>Defendants | Case No. 2:23-cv-01058-CDS-MDC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

///

///

///

///

///

///

Plaintiff Mesa Underwriters Specialty Insurance Company ("MUSIC") and Defendants 1st Security Services of Nevada Corp., and LeCresha Smith, as Special Administrator of the Estate of Michael Mosley, Lecresha Smith, individually, LeCresha Smith as parent and guardian of M.M. hereby stipulate and agree to dismiss this matter with prejudice, with each party to bear their own fees and costs.

Dated: July 12, 2024          CLYDE & CO US LLP

By:   */s/ Casey G. Perkins*
Amy M. Samberg (NV Bar No. 10212)
Casey G. Perkins (NV Bar No. 12063)
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

*Attorneys for ~~Intervenor~~ Mesa Underwriters Specialty Insurance Company*

Dated: July 12, 2024          WHITMIRE LAW, PLLC

By:   */s/ James E. Whitmire*
James E. Whitmire, Esq.
10785 W. Twain, Suite 226
Las Vegas, Nevada 89135

*Attorneys for Defendant 1st Security Services of Nevada Corp.*

Dated: July 12, 2024          CLOWARD TRIAL LAWYERS

By:   */s/ Riley A. Clayton*
Benjamin P. Cloward, Esq.
Riley A. Clayton, Esq.
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129

*Attorneys for Defendants LeCresha Smith, as Special Administrator of the Estate of Michael Mosley, LeCresha Smith, Individually, LeCresha Smith as parent and guardian of M.M.*

2:23-cv-01058-CDS-MDC

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: July 15, 2024

_____
UNITED STATES DISTRICT JUDGE